# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0443

VERSUS

DE'ONDRIC CLARKS

**MAY 20, 2024**

---

In Re:  De'Ondric Clarks, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 17-199380.

---

**BEFORE:  WELCH, CHUTZ, AND WOLFE, JJ.**

**WRIT GRANTED.** The trial court's ruling denying the defendant's "Reverse 404B Motion" is reversed. Louisiana Code of Evidence article 404(B) allows evidence to be offered of other crimes and bad acts when such is offered for purposes of showing opportunity, intent, preparation, plan, knowledge and identity. See **State v. Terrio**, 2018-421 (La. App. 5th Cir. 8/7/18), 2018 WL 3748409, at *2 (unpublished). In this case, the defendant established his intent to introduce evidence of his co-defendant's arrest to show the co-defendant was the actual person who committed the murder for which the defendant is charged. As such, the evidence is highly relevant and is admissible.

**JEW**
**WRC**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT